IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BARNACLE BILL'S OYSTER
BAR AND SEAFOOD RESTAURANT,
INC., and THE HANDLEBAR &
GRILL, INC.,**

      Plaintiffs,

v.                                             Case No. 4:17cv130-MW/CAS

**SYSCO CORPORATION,**

      Defendant.
_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 42. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on February 28, 2018.**

                                                                      **s/Mark E. Walker           
United States District Judge**